**Gregory A. RICHARDSON, Petitioner—Appellant,**

v.

**Commonwealth of VIRGINIA; Warden of Sussex I State Prison; Virginia Department of Corrections; City of Richmond; Virginia Parole Board, Respondents—Appellees.**

No. 10–7545.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 4, 2011.

Gregory A. Richard, Appellant Pro Se.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory A. Richardson seeks to appeal the district court's order in his 28 U.S.C. § 2254 (2006) petition giving him fourteen days to comply with his prefiling injunction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order

Richardson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*